| ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **PerkinElmer, Inc.**

Bankruptcy Case: **Product Quest Manufacturing, LLC**

Preference Period: **Jun 9, 2018 - Sep 7, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Ei LLC | Ei LLC | 77412 | $14,568.00 | 7/9/2018 | 5304060848 | 4/18/2018 | $14,568.00 |

**Totals:** **1 transfer(s),** **$14,568.00**