IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| In re:<br><br>Ei, LLC,<br><br>                                         Debtor. | Chapter 7<br><br>Case No. 18-50945-LMJ |
| C. Edwin Allman, III, Chapter 7 Trustee of Ei, LLC,<br><br>                                         Plaintiff,<br><br>vs.<br><br>PerkinElmer, Inc.,<br><br>                                         Defendant. | Adv. No. 20-06033 |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in its entirety with prejudice. An answer has not been filed.

Dated: May 28, 2020          **ASK LLP**

By: /s/ Nicholas C. Brown
Nicholas C. Brown, Esq., NC SBN 38054
Brigette McGrath, Esq., NY SBN 4962379
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 289-3850
Email: nbrown@askllp.com

*Counsel for Plaintiff, C. Edwin Allman, III,
as Chapter 7 Trustee of Ei, LLC*